# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

**William H. Sloane**
Partner

Direct Dial: 212-238-8623
E-mail: sloane@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

701 8th Street, N.W., Suite 410
Washington, DC 20001-3893
(202) 898-1515

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

September 11, 2009

**VIA HAND DELIVERY**

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

    Re:   *Gilbert v. Indiana*,
           Case No. 09-CV-6352

Dear Judge Batts:

    We represent Defendant Robert Indiana ("Defendant") in the above-referenced action.

    We are writing to you pursuant to the Court's Individual Practice I.E to request an adjournment of Defendant's time to answer or otherwise respond to the complaint up to and including October 12, 2009. The deadline to respond would otherwise be September 15, 2009. This is the first request for an adjournment. Plaintiff's counsel consents to this request.

    Accordingly, we respectfully request an adjournment of Defendant's time to answer or otherwise respond to the complaint up to and including October 12, 2009.

Respectfully submitted,

William H. Sloane

cc:   Dariush Keyhani, Esq. (via email and facsimile)



MEMO ENDORSED DAB
Granted 09/11/09
MEMO ENDORSED
SO ORDERED
Deborah A. Batts
UNITED STATES DISTRICT JUDGE

6505325.1