USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **03|02|10**

---
Gary D. Sesser
*Partner*
•
*Direct Dial: 212-238-8820*
*E-mail: sesser@clm.com*

# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

2 Wall Street
New York, NY 10005-2072
•
Tel (212) 732-3200
Fax (212) 732-3232

*701 8th Street, N.W., Suite 410*
*Washington, DC 20001-3893*
*(202) 898-1515*
•
*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

February 17, 2010

**VIA HAND DELIVERY**

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

FEB 1 8 2

Re:     *Gilbert v. Indiana*, Case No. 09-CV-6352

Dear Judge Batts:

We represent Defendant Robert Indiana ("Defendant") in the above-referenced action.

We are writing to follow up on a telephone call we received on February 9, 2010 from Mr. George O'Malley stating that the Court had ordered this dispute to mediation and setting forth a briefing order and mediation date of March 24, 2010, with briefs due to the mediator one week earlier.

We assume that this mediation order is not intended to supersede the Court's January 22, 2009 order (copy enclosed), issued at our Rule 16 conference, requiring the parties to meet in Maine and thereafter report to the Court by April 9, 2009 on whether the parties seek further settlement discussions with the Court's involvement or a discovery scheduling order. The parties agreed that their settlement meeting would take place in March to accommodate the trial schedule of Mr. Gilbert's counsel.

We respectfully request that the Court adjourn the mediation order to allow sufficient time for the court-ordered settlement discussions to take place and potentially resolve the dispute before the parties incur the costs of mediation.

**MEMO ENDORSED**

Respectfully submitted,

*Gary D. Sesser*

Gary D. Sesser

*Granted. Parties to have settlement discussions per Jan 22, 2010 order. Mediation to take place at end of May 2010 if discussions not successful. Parties to coordinate with mediation on dates.*

**SO ORDERED**

cc: Darius Keyhani Esq. (via email and facsimile)

6570229.1

*Deborah A. Batts*

**DEBORAH A. BATTS**
**UNITED STATES DISTRICT JUDGE**

**March 2, 2010**

DAB/
03/02/10