USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/29/10

# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

**Gary D. Sesser**
*Partner*
•
*Direct Dial: 212-238-8820*
*E-mail: sesser@clm.com*

2 Wall Street
New York, NY 10005-2072
•
Tel (212) 732-3200
Fax (212) 732-3232

701 8th Street, N.W., Suite 410
Washington, DC 20001-3893
(202) 898-1515
•
570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

March 26, 2010

**VIA HAND DELIVERY**

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

    Re:    <u>Gilbert v. Indiana</u>, Case No. 09-CV-6352

Dear Judge Batts:

    We represent Defendant Robert Indiana ("Defendant") in the above-referenced action.

    Because counsel for Mr. Gilbert has been unavailable to meet with us earlier, counsel for the parties were not able to schedule a first in-person settlement meeting between counsel before today, March 26, 2009. Counsel have had preliminary discussions by telephone and email.

**MEMO ENDORSED**

    Therefore, we respectfully request a brief adjournment from April 9, 2009 until April 30, 2009 of the deadline for the parties to meet in Maine and thereafter report to the Court and, if the matter has not been settled, arrange a date for the Court-ordered mediation.

Granted.
DAB
3/29/10

**MEMO ENDORSED**

    Counsel for Mr. Gilbert has consented to our extension request.

                               Respectfully submitted,

                               Gary D. Sesser

cc:    Dariush Keyhani, Esq. (via email and facsimile)

**SO ORDERED**

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
March 29, 2010

6585557.1