Gary D. Sesser
Ronald D. Spencer
Judith M. Wallace
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3232
*Attorneys for Robert Indiana*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JOHN GILBERT,                                   :     ECF Case
                                                :
                    Plaintiff,                  :     Index No. 09 Civ. 6352 (DAB)
                                                :
          - against -                           :
                                                :     NOTICE OF APPEARANCE
ROBERT INDIANA,                                 :
                                                :
                    Defendant.                  :
------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that Carter Ledyard & Milburn LLP, by Gary D. Sesser, hereby appears as counsel for Defendant Robert Indiana in this proceeding and demands that a copy of all notices and other papers be served upon it at its offices at the address given below.

Dated. April 30, 2010
      New York, NY

By. _____
    Gary D. Sesser
    Ronald D. Spencer
    Judith M. Wallace
    CARTER LEDYARD & MILBURN LLP
    2 Wall Street
    New York, New York  10005
    Tel.  (212) 732-3200
    Fax.  (212) 732-3232
    *Attorneys for Defendant Robert Indiana*

6601878.1